# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 0103

**MARCH 2, 2021**

---

In Re:  Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 472,552.

---

**BEFORE:  GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.**  The record of the St. Tammany Parish Clerk of Court shows that the district court acted on relator's motion to lift parole hold on January 27, 2021.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT